**NOT FOR PUBLICATION**



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CHANDANA BASU, | No. 10-60043 |
| Debtor, | BAP No. 10-1062 |
| CHANDANA BASU, | MEMORANDUM[*] |
| Appellant, | |
| v. | |
| LEONARD SOLONIUK, M.D., | |
| Appellee. | |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Hollowell, Kirscher, and Markell, Bankruptcy Judges, Presiding

Submitted December 19, 2012[**]

Before:    GOODWIN, WALLACE, and FISHER, Circuit Judges.

Chandana Basu appeals from the Bankruptcy Appellate Panel's ("BAP")

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

order denying reconsideration of its order dismissing her appeal for failure to prosecute. We have jurisdiction under 28 U.S.C. § 158(d). We review for an abuse of discretion, *Nat'l Bank of Long Beach v. Donovan (In re Donovan)*, 871 F.2d 807, 808 (9th Cir. 1989) (per curiam), and we affirm.

The BAP did not abuse its discretion in denying Basu's motion for reconsideration because Basu failed to establish grounds for such relief, and instead, merely repeated arguments previously presented to and considered by the BAP. *See* Fed. R. Civ. P. 60(b) (listing grounds for relief from judgment); Fed. R. Bankr. P. 9024 (applying Fed. R. Civ. P. 60 to bankruptcy proceedings with limited exceptions).

We do not address arguments raised for the first time on appeal, including Basu's contentions regarding the merits of the bankruptcy court's judgment in the underlying Chapter 7 adversary proceeding against her. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009) (per curiam).

Basu's motion to augment the record with documents not relevant to the sole issue properly on appeal is denied.

**AFFIRMED.**